UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELE R. SCHAUER,<br><br>    Defendant(s). | SUMMONS IN A CIVIL ACTION<br><br>Case Number:<br><br>CV 08 2092 SLM |

TO: (Name and Address of Defendant)

    MICHELE R. SCHAUER
    2305 Van Ness Blvd., Suite B
    San Francisco, CA 94109

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 2 2 2008

RICHARD W. WIEKING
CLERK

_____
DATE

_____
BY DEPUTY CLERK

| Attorney or Party without Attorney: Michael Cosentino, Attorney at Law<br>P.O. Box 129<br>Alameda, CA 94501<br>Telephone No: 510-523-4702    FAX No: 510-747-1640 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | |
| Plaintiff: United States Of America, et al | | | | |
| Defendant: Michele R. Schauer, et al | | | | |
| **PROOF OF SERVICE**<br>**S&C** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV082092SLM |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. *Party served:*     Michele R. Schauer
   b. *Person served:*     Serena Ledesma, administrative assistant, White, Female, 27 Years Old, 5 Feet 5 Inches, 125 Pounds

4. *Address where the party was served:*     Atlas Chiropractic
   2305 Van Ness Blvd #B
   San Francisco, Ca 94109

5. *I served the party:*
   b. **by substituted service.** On: Sat., Jul. 19, 2008 at: 1:20PM I left the documents listed in item 2 with or in the presence of:
   Serena Ledesma, administrative assistant
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Richard Stitts, Jr.
   d. *The Fee for Service was:*
   
   LEGAL EXPRESS LTD.
   1831 HARTMAN LN.
   P.O. BOX 808001
   PETALUMA, CA 94975-8001
   PHONE 707-765-6765
   FAX 707-765-6762
   
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: P-402
      (iii) County: Sonoma

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jul. 21, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
S&C

(Richard Stitts, Jr.) cosen/64193

| Attorney or Party without Attorney: <br> Michael Cosentino, Attorney at Law <br> P.O. Box 129 <br> Alameda, CA 94501 <br> Telephone No: 510-523-4702  FAX No: 510-747-1640 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of California | | | | |
| Plaintiff: United States Of America, et al | | | | |
| Defendant: Michele R. Schauer, et al | | | | |
| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV082092SLM |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons and Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Mon., Jul. 21, 2008
   b. Place of Mailing:        Petaluma, Ca 94975
   c. Addressed as follows:    Michele R. Schauer
                               Atlas Chiropractic
                               2305 Van Ness Blvd #B
                               San Francisco, Ca 94109

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jul. 21, 2008 in the ordinary course of business.

5. Person Serving:                                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ioanna Asimos                          d. **The Fee** for Service was:
   b. Legal Express Limited                  e. I am: (3) registered California process server
      P.O. Box 808001                           (i)   Independent Contractor
      Petaluma, Ca 94975                        (ii)  Registration No.:   115
   c. 707 765-6765, FAX 707-765-6762            (iii) County:             Marin

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mon, Jul. 21, 2008

   Judicial Council Form POS-010              PROOF OF SERVICE           (Ioanna Asimos)
   Rule 2.150.(a)&(b) Rev January 1, 2007          By Mail                                    cosent.164183

| Attorney or Party without Attorney:<br>Michael Cosentino, Attorney at Law<br>P.O. Box 129<br>Alameda, CA 94501 | | For Court Use Only |
|---|---|---|
| Telephone No: 510-523-4702    FAX: No: 510-747-1640 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | |
| Plaintiff: United States Of America, et al | | |
| Defendant: Michele R. Schauer, et al | | |

| **Due Diligence**<br>S&C | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV082092SLM |
|---|---|---|---|---|

1. I, Richard Stitts, Jr., and any employee or independent contractors retained by Legal Express Limited are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Michele R. Schauer as follows:

2. Documents:    Summons and Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 07/08/08 | 11:25am | Business | Subject not there at this time.; Attempt made by: Richard Stitts, Jr.. Attempt at: Atlas Chiropractic 2305 Van Ness Blvd #B San Francisco Ca. 94109. |
| Thu | 07/17/08 | 10:18am | Business | Subject not there at this time.; Attempt made by: Richard Stitts, Jr.. Attempt at: Atlas Chiropractic 2305 Van Ness Blvd #B San Francisco Ca. 94109. |
| Fri | 07/18/08 | 11:18am | Business | Subject not there at this time.; Attempt made by: Richard Stitts, Jr.. Attempt at: Atlas Chiropractic 2305 Van Ness Blvd #B San Francisco Ca. 94109. |
| Sat | 07/19/08 | 1:20pm | Business | Substituted Service effected by leaving copy of the document(s) with; Serena Ledesma, administrative assistant. Attempt made by: Richard Stitts, Jr.. Attempt at: Atlas Chiropractic 2305 Van Ness Blvd #B San Francisco Ca. 94109. |

3. *Person Executing*
   a. Richard Stitts, Jr.
   b. **Legal Express Limited**
      P.O. Box 808001
      Petaluma, Ca 94975
   c. 707 765-6765, FAX 707-765-6762

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   *d.. The Fee for service was:*
   *e. I am:* (3) registered California process server
      *(i)* Employee
      *(ii)* Registration No.:    P-402
      *(iii)* County:                Sonoma

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jul. 21, 2008         **Due Diligence**         (Richard Stitts, Jr.)